AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| Charlotte Stokes Eslava<br><br>*Plaintiff(s)*<br>v.<br>AllianceOne Receivables Management, Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:12-cv-00425<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AllianceOne Receivables Management, Inc.
c/o CT Corporation System, It's Registered Agent
2 North Jackson Street, Suite 605
Montgomery, Alabama  36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Harry V. Satterwhite
Satterwhite, Buffalow & Tyler, L.L.C.
1325 Dauphin Street
Mobile, Alabama  36604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-00425

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AllianceOne Receivables Management, Inc.
was received by me on *(date)* _____ .

 ☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

 ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

 ☐ I returned the summons unexecuted because _____ ; or

 ☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

          _____
          *Server's signature*

          _____
          *Printed name and title*

          _____
          *Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHARLOTTE STOKES ESLAVA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. CV- |
| ) | |
| ALLIANCEONE RECEIVABLES ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

# COMPLAINT FOR VIOLATIONS OF THE
# FAIR DEBT COLLECTION PRACTICES ACT

COMES NOW, Charlotte Stokes Eslava ("Plaintiff"), by and through the undersigned attorneys, Satterwhite, Buffalow & Tyler, L.L.C., and alleges the following against Defendant AllianceOne Receivables Management, Inc. ("Defendant"):

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331 and 1337.  Venue in this District is proper under 28 U.S.C. § 1391(b) in that the Defendant transacts business here and the conduct complained of occurred here.

## III. PARTIES

3. Plaintiff is a natural person residing in Mobile County, Alabama, and is a

consumer as that term is defined by 15 U.S.C. § 1692a(3).

4. Defendant is a Pennsylvania corporation engaged in the business of collecting debts in this state with its principal place of business located at 4850 E. Street Road, Suite 300, Trevose, Pennsylvania 19053. The principal purpose of Defendant is the collection of debts using the mail and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. ALLEGATIONS

6. Defendant was acting as a "debt collector" with respect to the collection of a debt allegedly owed by Plaintiff.

7. Plaintiff allegedly incurred a financial obligation to Capital One Bank (USA), N.A. (Client/Reference No. 695869404) that was primarily for personal, family or household purposes and is therefore an alleged "debt" as that term is defined by 15 U.S.C. § 1692a(5).

8. Thereafter the alleged debt was allegedly consigned, placed or otherwise transferred from Capital One Bank (USA), N.A. to Defendant.

9. On June 18, 2012, Defendant mailed a "dunning" letter demanding payment of an alleged debt in the amount of $1,630.30 allegedly due Defendant. A copy of said letter is attached hereto as Exhibit A.

10. Shortly thereafter, Exhibit A was received by Plaintiff at Plaintiff's residence in Mobile County, Alabama.

11. Said letter was sent by Defendant to Plaintiff while Plaintiff was

represented by counsel with regard to Bankruptcy Proceeding No. 06-11067 which had been filed on June 8, 2006, but which was temporarily dismissed on February 1, 2012.

12. Therefore, said letter violated section 1692c of the FDCPA, i.e., a debt collector may not communicate with a consumer...if the debt collector knows the consumer is represented by an attorney with respect to such debt.

13. Said letter also violated section 1692d of the FDCPA, i.e., a debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of debt.

14. Said letter also violated section 1692f of the FDCPA, i.e., a debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt.

15. As a result of the acts alleged above, Plaintiff suffered mental distress.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A. Actual damages;

B. Statutory damages pursuant to 15 U.S.C. § 1692(k);

C. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692(k); and

D. For such other and further relief as may be just and proper.

## **PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY**

## VERIFICATION

I, Charlotte Stokes Eslava hereby certify that the facts contained in the foregoing complaint are true and correct to the best of my knowledge, information and belief.

_____
CHARLOTTE STOKES ESLAVA

_____
HARRY V. SATTERWHITE
Attorney for Plaintiff

OF COUNSEL:
SATTERWHITE, BUFFALOW,
 & TYLER, L.L.C.
1325 Dauphin Street
Mobile, Alabama 36604
(251) 432-8120
(251) 405-0147 facsimile

**DEFENDANT TO BE SERVED VIA CERTIFIED MAIL AS FOLLOWS:**

**ALLIANCEONE RECEIVABLES MANAGEMENT, INC.
C/O CT CORPORATION SYSTEM, It's Registered Agent
2 NORTH JACKSON STREET, SUITE 605
MONTGOMERY, ALABAMA  36104**