## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CHARLOTTE STOKES ESLAVA** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 1:12-CV-00425** |
| | ) |
| **ALLIANCEONE RECEIVABLES** | ) |
| **MANAGEMENT, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Charlotte Stokes Eslava ("Plaintiff") and Defendant AllianceOne Receivables Management, Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate that this action is hereby dismissed with prejudice, with each party to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| *s/ Harry V. Satterwhite* | *s/ Alan D. Leeth* |
| Harry V. Satterwhite (SATTH4909) | Alan D. Leeth (LEETA9054) |
| SATTERWHITE, BUFFALOW, & TYLER, LLC | Zachary D. Miller |
| | S. Kristen Peters |
| 1325 Dauphin Street | BURR & FORMAN LLP |
| Mobile, Alabama 36604 | 420 North 20th Street, Suite 3400 |
| (251) 432-8120 | (205) 251-3000 |
| (251) 405-0147 facsimile | (205) 458-5100 facsimile |
| harry@satterwhitelaw.com | aleeth@burr.com |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |
| CHARLOTTE STOKES ESLAVA | ALLIANCEONE RECEIVABLES MANAGEMENT, INC. |