# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLOTTE STOKES ESLAVA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 12-0425-WS-N |
| | ) |
| **ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,** | ) ) |
| | ) |
| **Defendant.** | ) |

## ORDER

In accordance with the parties' joint stipulation of dismissal, (Doc. 25), this action is **dismissed with prejudice**, each party to bear its own costs, expenses and attorney's fees.

DONE and ORDERED this 13th day of March, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE
